UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** November 5, 2009                **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-09-1816  PJH

**Case Name:** Encompass Holdings v. Carey F. Daley, et al.

**Attorney(s) for Plaintiff:**       Paul Manasian
**Attorney(s) for Defendant:**    Christopher Miller

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

**PROCEEDINGS**

    Case Management Conference-Held.  Mr. Miller informs the court that he is substituting in as counsel of record for defendants.   The substitution will be efiled with the court today.  In light of the substitution the parties need to meet and confer and prepare a joint case management conference statement .  The case management conference is continued to 12/10/09 at 2:00 p.m.  A joint case management conference statement shall be filed by 12/3/09.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers